PEOPLE, Respondent, v. TENCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Pro-

ceedings by the people of the state of. New York against William E. Tench.

PER CURIAM. Judgment and conviction affirmed. Held (1) that the crime of rape may be shown by circumstantial evidence, the same as any other fact; (2) that the facts and circumstances disclosed by the evidence in this case fully justified the jury in rendering the verdict of guilty as charged in the indictment; and (3) that none of the exceptions to the admission or exclusion of evidence present such error as under the circumstances of this case requires a reversal of the judgment and conviction. All concur, except LAUGHLIN, J., who dissents, upon the ground that under the authority of People v. Kennedy, 164 N. Y. 449, 58 N. E. 652, the exceptions to the reception of evidence as to the conversation between complainant and the police officers present reversible error.